UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

KEVIN CARL YONEY,

    Plaintiff,

v.                                                        CIVIL ACTION NO. 5:21-cv-00120

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

    Defendant.

## ORDER

        Pending are Plaintiff Kevin Yoney's Brief in Support of Judgment on the Pleadings [Doc. 8], filed July 16, 2021, and the Commissioner's Brief in Support of Defendant's Decision [Doc. 11], filed September 10, 2021. This action was previously referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Tinsley filed his PF&R on September 2, 2022. Magistrate Judge Tinsley recommended that the Court grant Plaintiff's request to reverse the Commissioner's decision, deny the Commissioner's request to affirm her decision, reverse the final decision of the Commissioner, and remand this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

        The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis

added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on September 16, 2022. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 12**], **GRANTS** the Plaintiff's request to reverse the Commissioner's decision [**Doc. 8**], **DENIES** the Commissioner's request to affirm her decision [**Doc. 11**], **REVERSES** the final decision of the Commissioner, and **REMANDS** the matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: September 20, 2022

Frank W. Volk
United States District Judge